Pro Se 7 (Rev. 12/16) Complaint for Employment Discrimination

# UNITED STATES DISTRICT COURT

for the

District of

Division

United States Courts
Southern District of Texas
FILED

*10/18/2024*

Nathan Ochsner, Clerk of Court

|  |  |
|---|---|
| Oluwatoyin Ikott | Case No. _____ |
| *Plaintiff(s)* | *(to be filled in by the Clerk's Office)* |

*(Write the full name of each plaintiff who is filing this
complaint. If the names of all the plaintiffs cannot fit in the
space above, please write "see attached" in the space and
attach an additional page with the full list of names.)*

**-v-**

Jury Trial: *(check one)*     Yes     No

HoustonISD

*Defendant(s)*
*(Write the full name of each defendant who is being sued. If
the names of all the defendants cannot fit in the space
above, please write "see attached" in the space and attach
an additional page with the full list of names.)*

## COMPLAINT FOR EMPLOYMENT DISCRIMINATION

## I.    The Parties to This Complaint

### A.    The Plaintiff(s)

Provide the information below for each plaintiff named in the complaint. Attach additional pages if needed.

| | |
|---|---|
| Name | Oluwatoyin Ikott |
| Street Address | 18126 Mayfield Meadow Lane Richmond TX |
| City and County | Richmond |
| State and Zip Code | Texas |
| Telephone Number | 3465584890 |
| E-mail Address | oluwatoyin.ikott@gmail.com |

Page of

**B.     The Defendant(s)**

Provide the information below for each defendant named in the complaint, whether the defendant is an                    individual, a government agency, an organization, or a corporation.  For an individual defendant,                    include the person's job or title *(if known)*.  Attach additional pages if needed.

Defendant No. 1

| | |
|---|---|
| Name | HoustonISD |
| Job or Title *(if known)* | School District |
| Street Address | 4400 West 18th Street |
| City and County | Houston |
| State and Zip Code | TX 77092 |
| Telephone Number | 713-556-6000 |
| E-mail Address *(if known)* | iinfocenter@houstonisd.org |

Defendant No. 2

| | |
|---|---|
| Name | Wally De Covarrubia |
| Job or Title *(if known)* | Human Resources |
| Street Address | 4400 West 18th Street |
| City and County | Houston |
| State and Zip Code | TX, 77092 |
| Telephone Number | 713-556-6000 |
| E-mail Address *(if known)* | |

Defendant No. 3

| | |
|---|---|
| Name | |
| Job or Title *(if known)* | |
| Street Address | |
| City and County | |
| State and Zip Code | |
| Telephone Number | |
| E-mail Address *(if known)* | |

Defendant No. 4

| | |
|---|---|
| Name | |
| Job or Title *(if known)* | |
| Street Address | |
| City and County | |

State and Zip Code

Telephone Number

E-mail Address *(if known)*

## C.   Place of Employment

The address at which I sought employment or was employed by the defendant(s) is

| | |
|---|---|
| Name | HoustonISD |
| Street Address | 4400 West 18th Street |
| City and County | Houston |
| State and Zip Code | TX, 77092 |
| Telephone Number | 713-556-6000 |

## II.   Basis for Jurisdiction

This action is brought for discrimination in employment pursuant to *(check all that apply)*:

Title VII of the Civil Rights Act of 1964, as codified, 42 U.S.C. §§ 2000e to 2000e-17 (race,

color, gender, religion, national origin).

*(Note: In order to bring suit in federal district court under Title VII, you must first obtain a        Notice of Right to Sue letter from the Equal Employment Opportunity Commission.)*

Age Discrimination in Employment Act of 1967, as codified, 29 U.S.C. §§ 621 to 634.

*(Note: In order to bring suit in federal district court under the Age Discrimination in Employment Act, you must first file a charge with the Equal Employment Opportunity Commission.)*

Americans with Disabilities Act of 1990, as codified, 42 U.S.C. §§ 12112 to 12117.

*(Note: In order to bring suit in federal district court under the Americans with Disabilities        Act, you must first  obtain a Notice of Right to Sue letter from the Equal Employment                Opportunity Commission.)*

Other federal law *(specify the federal law)*:

Fourth Amendment Right, 14th Amendment Right

Relevant state law *(specify, if known)*:

Relevant city or county law *(specify, if known)*:

## III.    Statement of Claim

Write a short and plain statement of the claim. Do not make legal arguments. State as briefly as possible the    facts showing that each plaintiff is entitled to the damages or other relief sought. State how each defendant was    involved and what each defendant did that caused the plaintiff harm or violated the plaintiff's rights, including    the dates and places of that involvement or conduct. If more than one claim is asserted, number each claim and    write a short and plain statement of each claim in a separate paragraph. Attach additional pages if needed.

A.    The discriminatory conduct of which I complain in this action includes *(check all that apply)*:

Civil Matter

Failure to hire me. Yes

Termination of my employment. Yes

Failure to promote me. yes

Failure to accommodate my disability.

Unequal terms and conditions of my employment. Yes

Retaliation. Yes

Other acts *(specify)*:    Civil Matter (tampering of car)

*(Note: Only those grounds raised in the charge filed with the Equal*

Employment

*Opportunity Commission can be considered by the federal district court under*

the

*federal employment discrimination statutes.)*

B.    It is my best recollection that the alleged discriminatory acts occurred on date(s)
2019, 2021, 2022, 2023, 2024, Jan till date

C.    I believe that defendant(s) *(check one)*:

is/are still committing these acts against me. Yes

is/are not still committing these acts against me.

D.    Defendant(s) discriminated against me based on my *(check all that apply and explain)*:

race _____

color _____

gender/sex _____

religion _____

national origin _____

age *(year of birth)*    3/19/1    *(only when asserting a claim of age*
1979    *discrimination.)*

disability or perceived disability *(specify disability)*

_____

E.    The facts of my case are as follows. Attach additional pages if needed.

Was lied against and unjustly thrown out. Attached are additional fact of case

And Instructed not to apply for any Job position in the future. The discriminatory practices is ongoing and applying for uasle positions has become unplausible.

(Note: As additional support for the facts of your claim, you may attach to this complaint a copy of the your charge filed with the Equal Employment Opportunity Commission, or the charge filed with the relevant state or city human rights division.)

## IV.    Exhaustion of Federal Administrative Remedies

A.    It is my best recollection that I filed a charge with the Equal Employment Opportunity Commission or my Equal Employment Opportunity counselor regarding the defendant's alleged discriminatory conduct on (date)

2023/oct/18

B.    The Equal Employment Opportunity Commission (check one):

has not issued a Notice of Right to Sue letter.

issued a Notice of Right to Sue letter, which I received on.        Oct. 18,
(date)                                                                                          2023

(Note: Attach a copy of the Notice of Right to Sue letter from the Equal Employment Opportunity Commission to this complaint.)

C.    Only litigants alleging age discrimination must answer this question.

Since filing my charge of age discrimination with the Equal Employment Opportunity Commission regarding the defendant's alleged discriminatory conduct (check one):

60 days or more have elapsed. Yes

less than 60 days have elapsed.

## V.    Relief

State briefly and precisely what damages or other relief the plaintiff asks the court to order.  Do not make legal
arguments.  Include any basis for claiming that the wrongs alleged are continuing at the present time.  Include the
amounts of any actual damages claimed for the acts alleged and the basis for these amounts.  Include any punitive
or exemplary damages claimed, the amounts, and the reasons you claim you are entitled to actual or punitive
money damages.

Reinstatement of my position and monetary relief. Attached is my monetary relief

The monetary relief is the calculation of my lost wages since termination, the sum of $10million for reputational damage and danger witnessed, loss privilege for accountancy position with the School District after the event of 2019.

## VI.    Certification and Closing

Under Federal Rule of Civil Procedure 11, by signing below, I certify to the best of my knowledge, information,
and belief that this complaint: (1) is not being presented for an improper purpose, such as to harass, cause
unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a
nonfrivolous argument for extending, modifying, or reversing existing law; (3) the factual contentions
have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable
opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the
requirements of Rule 11.

### A.    For Parties Without an Attorney

I agree to provide the Clerk's Office with any changes to my address where case—related papers may be
served.  I understand that my failure to keep a current address on file with the Clerk's Office may result
in the dismissal of my case.

Date of signing:     09/03/2024

Signature of Plaintiff

Printed Name of Plaintiff     Oluwatoyin Ikott

### B.    For Attorneys

Date of signing:

|  | |
|---|---|
| Signature of Attorney | _____ |
| Printed Name of Attorney | _____ |
| Bar Number | _____ |
| Name of Law Firm | _____ |
| Street Address | _____ |
| State and Zip Code | _____ |
| Telephone Number | _____ |
| E-mail Address | _____ |

Civil Complaint

Plaintiff: Oluwatoyin Ikott

Address: 18126 mayfield Meadow Lane Richmond TX 77407

Defendant 1: HoustonISD, 4400 West 18th Street, Houston TX 77092-
Complaint and allegations (Ongoing from 2019 till date)

Defendant 2: Wally de Covarrubia

On 12/06/2018, in Askew Elementary, located at 11200 Wood Lodge Dr,
Houston, TX 77077, while subbing for Ms. Kearly, and given two groups of
students at different time intervals, the first group of students were great
and went awesomely well, the second group planned a staged rowdiness
and fighting. I was told by Mrs Calhoun JNR (Whom I sometimes sub for ),
they will bring Eleven people into the classroom just to ease my trouble.
Dominic, one of the students who has been asked to cause trouble came
into the classroom, all eyes red, kept pacing up and down, walking out of
the classroom, coming back in several times and waiting on any of the
students that came across to beat up. While I pacified the other students
not to relate and cause trouble with him. Mrs. Jones, another classroom
teacher came in after lunch and with no trouble ensuing told the students,
Dominic said they stole his food, made the class rowdy and left. With that
support, the students became uncontrollable with Dominic lifting up chairs
to hit each other. I believe if I did not immediately leave the scene, I might
have been hurt and they might have claimed it to be accidental. Mrs
Calhoun senior [the mom of Calhoun jr] was aware of the incident. Before
leaving the campus, one of the students said, "you are going to die tonight."

I asked him never to say such words. I reported the incident to Mrs. Jones, Ms.Kealy. An internal complaint was raised with the principal Ms. Ebony Comby resolving the issues in the principal office. (the parents were called while I was not involved in the resolution). The current principal is Mr. Corey Prados. It was in the same school on different occasions while handling the fifth grade students that students called Frank Ikott a bald headed hair and asked if I was related with him while insisting on looking at the name on my IDcard which tallied me with his name.

Though I picked the assignments, the school allowed the staged rowdy classrooms as a result of my age contrary to The Age Discrimination Act of 1975 and fourth amendment right. ( I have consistently preferred maintaining a calm and ready to learn classroom, and threw in my application for an appropriate classroom handled by  a teacher that will be respected by other classroom teachers.)

On 12/18/2018 - I picked a 4-day assignment at Piney Point Elementary at 8921 Pagewood Ln, Houston, TX 77063 with the Principal Kendal Bailey. I noticed my car was tampered with when the  door was slightly opened after the end of assignment and on the drive back home, I heard a loud bang under the car bottom while swerving off the road. (Same car door opening was noticed in Bell elementary at 12323 Shaftsbury Drive, Houston TX 77031 after the end of assignment in 2018). On 12/19/2018, I was put in an enrichment classroom where all the students acted in an uncontrollable

4

highlighted in both the first and second meetings. and on my having been certified to teach a core subject but internationally not placed in the appropriate job position after several applications and attempts. I narrated how in the latest accident and subsequent staged classroom, I left the campus with a parent, whom I asked to drop me at any location but insisted on getting me to her apartment, not knowing her address and that I take a rest in her room. She, however, agreed to drop me in the front office of her apartment where spouse, Frank Ikott, later picked me up. The Human Resources however narrated a forceful entrance into her car and forceful entrance into her room and after a second meeting in January 2019, I was terminated and told not to apply for any new position whether in teaching or administrative role.

I noticed retaliation after reporting the blocking of frank Ikott and consistently put in this type of classroom treatment and believe I was discriminated against based on my age, color, when I was lied against to be a violent person, wrongly removed from the HISD teacher candidate pool, not given an appropriate job position after applying, attending job events, and reaching out to schools, terminated as an associate teacher by Wally de Covarrubia and told by him not to apply for any position in HoustonIsd.

After the first conference meeting attended on 12/20/2019 and another meeting on Tuesday, January 8, 2019 and termination letter on 01/09/2019 containing statements which differs from my written statement of fact during my first meeting and oral statement on my second meeting, I walked off to treat myself (of the stress of the termination, the events I witnessed (I felt shakened with the lies, the ensuing accidents).These documented lies leading to termination and reputational damage have cost me applying for jobs and having a reputable position in HISd and other school districts. This has put my family in financial distress from the first date of my termination in 2019 till date in 2024 with several negative events noticed. I am demanding HoustonISd reinstate my position, allow me to get into a viable position as an accountant, while paying all the backpay from the terminated position from 2019 till date. I am requesting the sum of $10 million for reputational damage.   Discrimination charge was filed with EEOC in 2023 and with OCR in 2024.

manner, screamed, climbed the chairs, and threw objects at the projector. Becoming stressed and tensed covering different stressful ancillary classes amid the accident I Had on day 1) (I covered library, P.E, and other classrooms). I dropped the assignment and signed off at the office, asking a parent for help to drop me off where I can conveniently ask my spouse to pick me up. Also, at Sugar Grove Academy located at 8405 Bonhomme Rd, Houston, TX 77074 where I picked a long term assignment from the office in September 2018. I was put in a classroom where students threw slimes, and pushed me out of the classroom. In June, 2018, at McNamara at 8714 McAvoy Dr, Houston, TX 77074, under the principal ElacharToufic and Tiffany Chenier, I picked a long term assignment and worked with special needs students, after agreeing to this, the special education teacher (name unknown) who usually kick and press the penis of the special need student asked me not to divulge the information to anyone and threaten to have my number saved after leaving the assignment.

Though I gave a report of my car being tampered with to the Fort Bend Police, on the first meeting at the district, the human resourcesManager,Wally de Covarrubia, insisted such car tampering and accidents should have been reported to Houston Police. Narration regarding the retaliation, staged fighting, and unsafe environment was